The document below is hereby signed. Dated: July 11, 2011.



_____
**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

```
                 UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF COLUMBIA

In re                            )
                                 )
W.A.R., LLP,                     )    Case No. 11-00044
                                 )    (Chapter 7)
              Debtor.            )
_____)
                                 )
W.A.R., LLP,                     )
                                 )
              Plaintiff,         )
                                 )
         v.                      )    Adversary Proceeding No.
                                 )    11-10004
WILLIAM C. CARTINHOUR, JR.,      )    Not for Publication in
                                 )    West's Bankruptcy Reporter
              Defendant.         )
```

MEMORANDUM DECISION RE MOTION TO DISMISS

The plaintiff filed this adversary proceeding to obtain injunctive relief that was allegedly necessary to protect the estate in the main bankruptcy case within which this adversary proceeding was filed. The defendant moved to dismiss this adversary proceeding, and the plaintiff opposed that motion.

In the main bankruptcy case, however, the trustee has now filed a report of no distribution, and the court has overruled the objections to that report. Accordingly, pursuant to Fed. R.

Bankr. P. 5009, the case is ready to be closed as having a fully administered estate.  The bankruptcy case being in that posture, this adversary proceeding cannot have any impact on the estate. The claims are thus moot.

An order follows dismissing this adversary proceeding as moot.

[Signed and dated above.]

Copies to: All counsel of record; Office of United States Trustee.